UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:97CR-49-H

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.

JOHN R. PERSAUD                                                                    DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This case is before the Court on the application of the United States for a Writ of Execution dated July 20, 2010, against certain property and/or assets held at PNC Bank, Cleveland, Ohio, in the JACADAC Family Irrevocable Trust (the "Trust"). No one disputes that the judgment executed upon is of sufficient value to cover these assets. However, Cheri Persaud has objected on the grounds that the Trust funds are exempt from execution because it contains her assets placed in an irrevocable trust for the benefit of her children.

The parties have thoroughly briefed the issues and the Court has discussed the issues in considerable detail with the parties. In the final analysis, the matter is difficult to resolve only because Cheri Persaud has quite admirably attempted to salvage some financial security for her children from the utter wreckage of her husband's criminal activity. Unfortunately, her current good motives do not change the ultimate origin of the funds at issue.

After reviewing all of the evidence, it is difficult to escape the conclusion that John Persaud controlled the family finances. Cheri Persaud was not employed and does not appear to have directed any investments on her own. As to this particular investment, Cheri Persaud argues that the money for investment in the Jade Ocean Condo came from funds separate and

apart from her husband. However, a review of the evidence is completely unconvincing on this point. The Court concludes that any funds invested in the Jade Ocean Condo must have derived from John Persaud's fraudulent schemes. After disposition of the condo, these funds were placed in the Trust.

For these reasons, as well as those set forth in the responses of the United States, the Court will deny the objection of Cheri Persaud.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Cheri Persaud's objection to the United States' Writ of Execution is DENIED.

cc: Counsel of Record